IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                              No. CIV S-07-2093 WBS KJM P

    vs.

MICHAEL A. NEWDOW,

    Defendant.                        FINDINGS AND RECOMMENDATIONS

/

        Plaintiff, a federal prisoner in South Carolina has filed a document titled "complaint." In the "complaint," plaintiff makes allegations about conditions of confinement at his prison. However, plaintiff fails to present anything suggesting this court is an appropriate venue for such claims. See 28 U.S.C. § 1391 et. seq. Plaintiff also makes several absurd allegations against defendant (who has initiated lawsuits in this district under the First Amendment including suits challenging the pledge of allegiance) and made several frivolous requests for relief.[1] Plaintiff fails to assert any cognizable claim in this case against defendant. 28 U.S.C. § 1330 et. seq. Accordingly, Plaintiff's complaint is frivolous and the court will recommend that it be dismissed. See 28 U.S.C. § 1915A(b)(1), (2).

---

[1] For example, plaintiff asks that the court order defendant to stop taking his medication.

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

1
rich2093.frs